# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 8:04CR374** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **RICK R. PEMBLE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Rick R. Pemble (Filing No. 39).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Rick R. Pemble (Filing No. 39) is granted;

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **27th day of June, 2005,** at the hour of **2:00 p.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 25th day of April, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge